**Opinion issued July 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00259-CV

————————————

## IN RE GUILLERMO PUENTE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Guillermo Puente, has filed a petition for writ of mandamus challenging a protective order issued in the underlying case.[1] At the time the petition was filed, relator also had a pending appeal from the same order. *See Guillermo Puente v. Alicia Marie Puente*, No. 01-18-00583-CV (Tex. App.—Houston [1st

---

[1] The underlying case is *Alicia Marie Puente v. Guillermo Orestes Puente*, cause number 2018-34059, pending in the 280th District Court of Harris County, Texas, the Honorable Barbara J. Stalder presiding.

Dist.). Subsequently, on July 30, 2019, our Court affirmed the protective order in the appeal. Because relator has an adequate remedy by appeal, we deny the petition for writ of mandamus. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (mandamus relief is not available when adequate appellate remedy exists). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.